IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA :
:
: CRIMINAL NO. 14-1599-BPG
v. :
:
STEPHON PRATHER :

FILED_____ ENTERED
_____ LODGED_____ RECEIVED

MAR 3 2015

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the District of Maryland hereby dismisses without prejudice the Criminal Complaint filed against Stephon Prather in the above-captioned case.

Rod J. Rosenstein
United States Attorney

By: _____/s/_____
Michael C. Hanlon
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

__3-2-15__
Date

_____
United States Magistrate Judge

---

**Advice to U.S. Marshal:**
(check one)

x 1. Defendant is not in custody.
  2. Defendant is in custody and the USAO believes that:
     a. there is no reason to hold defendant further.
     b. the defendant should be held in Federal custody. explain below)
     c. the defendant should be transferred to State custody. (explain below)